**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JEAN REMY,
A# 055-730-864,**

    **Petitioner,**

vs.                                      **Case No. 4:16cv730-RH/CAS**

**LORETTA LYNCH, et al.,**

    **Respondents.**
_____/

## REPORT AND RECOMMENDATION

Petitioner, proceeding pro se, initiated this case by submitting an "emergency" petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Petitioner, who is detained at the Wakulla County Detention Center and seeks to challenge his detention by Immigration and Customs Enforcement ("ICE"), did not pay the filing fee for this case nor file a motion for in forma pauperis status. Petitioner was directed to do one or the other by December 28, 2016. ECF No. 3. Petitioner has not responded.

Case 4:16-cv-00730-RH-CAS   Document 4   Filed 01/20/17   Page 2 of 3

Page 2 of 3

Petitioner was also required to submit an amended habeas petition which clearly, and consistently, explained when Petitioner was taken into custody by ICE and clarified the relief sought in this case. Petitioner was required to do so on or before December 28, 2016. ECF No. 3. Again, Petitioner has not complied.

Although Petitioner was directed to file a notice of voluntary dismissal if he no longer desired to proceed with this case, it appears that Petitioner has abandoned this litigation by failing to respond. Accordingly, this case should be dismissed for failure to prosecute because Plaintiff did not comply with a Court Order. If Petitioner *does* desire to continue this case, he must *immediately* file a motion for reconsideration, accompanied by an amended habeas petition and either payment of the $5.00 filing fee or submission of a motion for in forma pauperis status. If he does not do so, he is warned that this case will be dismissed.

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on January 20, 2017.

 S/    Charles A. Stampelos   
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 4:16cv730-RH/CAS

## NOTICE TO THE PARTIES

Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.